# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 98-60289

JOHN DANIEL STOGNER,

Petitioner-Appellant,

versus

JAMES V. ANDERSON, SUPERINTENDENT,
MISSISSIPPI STATE PENITENTIARY,

Respondent-Appellee.

Appeal from the United States District Court
for the Southern District of Mississippi
(1:94-CV-562-RG)

September 13, 1999

Before POLITZ, DeMOSS, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

John Daniel Stogner appeals an adverse judgment in this habeas corpus proceeding. Having considered the briefs of the parties and the record, and finding no error, the judgment of the district court is AFFIRMED.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.